| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Coach USA, Inc.

*versus*

Phillip Oldridge, et al.

§
§
§
§
§

CIVIL ACTION H-02-2906

## Order Setting Conference

1. A pre-trial conference will be held on:

   _August 30_, 2002 at _4:30 p.m._ in

   Judge Hughes's Chambers
   United States Court House
   515 Rusk Avenue, Room 11122
   Houston, Texas 77002.

   United States Courts
   Southern District of Texas
   ENTERED

   AUG 7 2002

   Michael N. Milby, Clerk of Court

2. To insure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

   Signed on _August 6_, 2002, at Houston, Texas.

   Lynn N. Hughes
   United States District Judge

o.
ptrlcnfddl.

#3