UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COACH USA, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION H-02-2906 |
| § | |
| PHILLIP OLDRIDGE, et al., § | |
| § | |
| Defendants. § | |

# Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

Signed December 9, 2002, at Houston, Texas.

Lynn N. Hughes
United States District Judge